# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARCUS MONTEZ SPANGLER,      )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         2:17cv450-MHT
                             )            (WO)
DERRICK CARTER, Warden,      )
                             )
     Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 1st day of September, 2017.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE